IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLIFFORD FASSNACHT,<br>Petitioner,<br><br>v.<br><br>MARK GARMAN,<br>SUPERINTENDENT SCI—ROCKVIEW<br>et al., Respondents. | CIVIL ACTION<br><br>No. 18-3270 |

## O R D E R

This 20th day of September, 2019, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, to which no objections have been filed, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ for habeas corpus filed pursuant to 28 U.S.C. § 2254 is DENIED without an evidentiary hearing.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ Gerald Austin McHugh

GERALD A. MCHUGH,        J.